

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

IN THE MATTER OF THE COMPLAINT OF THERESA-MANIACI
CANNI AND THE ESTATE OF GEORGE CANNI, AS OWNERS AND/OR
OWNERS PRO HAC VICE OF THE RECREATIONAL VESSEL UNCANNI,
2001 HUSTLER, FOR EXONERATION FROM LIABILITY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

10 cv 00958

TO: (Name and address of Defendant)

THE TOWN OF OYSTER BAY, 54 AUDREY AVENUE, OYSTER BAY,
NY 11771
THE COUNTY OF NASSAU, 1 West Street, Mineola, New York 11501
THE TOWN OF HEMPSTEAD, One Washington Street, Hempstead, NY
11550

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank V. Floriani
SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO
120 Broadway - 18th Floor
New York, New York 10271

an answer to the complaint which is served on you with this summons, within ____SIXTY (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

MAY 2 5 2010

CLERK

_L. Carone_

(By) DEPUTY CLERK                           DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/4/10 |
| NAME OF SERVER (PRINT) L.H. COVEN | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: THE TOWN OF OYSTER BAY, 54 AUDREY AVENUE, OYSTER BAY, NY 11771
RECEIVED BY: CHRISTINE WISS, Deputy Town Clerk, AUTHORIZED TO ACCEPT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/4/10
                Date                    Signature of Server

99 Tulip Ave, ST 309
Floral Park, NY 11001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.