E153

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Claimant L&L Marine, Inc.**
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:   (646) 328-0121
William R. Bennett, III (WB 1383)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT                    CV 10/0958 (WJT)

        of

Estate of THERESA MANIACI-CANNI and the
Estate of GEORGE CANNI, as owners and/or
owners *pro hac vice* of the recreational vessel
UNCANNI, 2001 Hustler, for Exoneration from
or Limitation of Liability,

               Petitioners.
-------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned

counsel for Claimant L&L Marine, Inc. d/b/a/ Sea Tow Freeport (a private non-governmental

parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said

party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
      July 19, 2010

                         Bennett, Giuliano, McDonnell & Perrone, LLP
                         Attorneys for Claimant L&L Marine, Inc.


                         William R. Bennett, III