# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:
E-MAIL:

(212) 447-4605
Jmercante@rubinfiorella.com

July 23, 2010

**Via ECF**

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4448

Re: Estate of **THERESA MANIACI-CANNI** and the Estate of **GEORGE CANNI**, as owners and/or owners *pro hac vice* of the recreational vessel **UNCANNI**, 2001 Hustler, for Exoneration from or Limitation of Liability, United States District Court, Eastern District of New York,
Index No.: 10-cv-00958 (LDW) (AKT)
Our File No.: 704-13782

Dear Judge Tomlinson:

We are the maritime attorneys representing the Estate of Mr. George Canni and Mrs. Teresa Maniaci-Canni, the operator and owner of the recreational vessel UNCANNI, in the above-captioned marine casualty.

We refer to Your Honor's Order of July 20, 2010, and Bennett, Giuliano, McDonnell & Perrone, LLP's letter motion of July, 19, 2010, seeking acceptance of their late filed salvage claim on behalf of L&L Marine, Inc. d/b/a Sea Tow Freeport.

Petitioners, the Estate of Theresa Maniaci-Canni and the Estate of George Canni, have no objection to this filing.

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
July 23, 2010
Page 2

If you have any questions, please do not hesitate to contact the undersigned.

Very respectfully,

James E. Mercante, Esq.

JEM/RG/df

**Copy via ECF**

    Frank V. Floriani, Esq.
    SULLIVAN PAPAIN BLOCK
        MCGRATH & CANNAVO P.C.
    120 Broadway
    New York, NY 10271

    Cornelius A. Mahoney, Esq.
    MAHONEY & KEANE, LLP
    11 Hanover Square, 10th Floor
    New York, NY 10005

    James R. Scott, Esq.
    OFFICE OF THE COUNTY ATTORNEY
        NASSAU COUNTY
    One West Street
    Mineola, NY 11501

RUBIN, FIORELLA & FRIEDMAN LLP