Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Claimant
L&L Marine, Inc. d/b/a Sea Tow Freeport
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT        CV 10/0958 (WJT)

        of

Estate of THERESA MANIACI-CANNI and the      **STIPULATION OF**
Estate of GEORGE CANNI, as owners and/or      **DISCONTINUANCE**
owners *pro hac vice* of the recreational vessel
UNCANNI, 2001 Hustler, for Exoneration from
or Limitation of Liability,

                Petitioners.
-----------------------------------------------------------------X

      **WHEREAS**, the claims brought by L&L Marine d/b/a Sea Tow Freeport in the above-entitled action having been resolved;

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties to the Stipulation that the claims brought by L&L Marine d/b/a Sea Tow Freeport in above entitled action and all claims (including cross-claims and counterclaims) therein be, and the same hereby are, discontinued as against the parties to this Stipulation, with prejudice, and without costs or disbursements as against any party to the Stipulation, and that this Stipulation may be filed with the Clerk of the Court without further notice.

                                      Respectfully submitted,

| | |
|---|---|
| ROBIN FIORELLA & FREIDMAN, LLP | BENNETT, GIULIANO, MCDONNELL & PERRONE, LLP. |
| By: *(signature)* <br> James Mercante, Esq. <br> 292 Madison Avenue, 11th Floor <br> New York, New York 10017 <br> Telephone: (212) 953-2381 <br> Facsimile: (212) 953-2462 | By: *(signature)* <br> William R. Bennett, III, Esq. <br> 494 Eighth Avenue, 7th Floor <br> New York, New York 10001 <br> Telephone: (646) 328-0120 <br> Facsimile: (646) 328-0121 |

Z:\Casework\E Cases\E153 Uncanni\Pleadings\Stipulation of Discontinuance-120910.doc