# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani

Marie Ng
Eleni Coffinas
David J. Dean
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot
Andrew J. Carboy

PLEASE REPLY TO:

New York City Office

Eric K. Schwarz
Mary Anne Walling
Elizabeth Montesano
Matthew J. Jones
Deanne M. Caputo
Beth N. Jablon
Liza A. Milgrim
Susan M. Jaffe
Donte Mills
Christopher P. Spina

Jeffrey B. Bromfeld
Wendell Y. Tong
Terrence L. Tarver
Michael J. Wells
Clifford S. Argintar
Thomas J. McManus
Holly W. Zappa
Michael W. Lever
Lauren M. Pennisi
Laura M. Schaefer

John M. Tomsky
George J. Pfluger
*Counsel to the Firm*

Herman Badillo
Hon. Joseph N. Giamboi (ret.)
Stephen C. Glasser
*Of Counsel*

Author's e-mail address:
FFloriani@TrialLaw1.com
Direct Telephone Line:
(212) 266-4126
Private Fax Line:
(212) 266-4156

January 24, 2011

**Via ECF**
Honorable Kathleen A. Tomlinson
United States District Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4448

> Re: **Estate of THERESA MANIACI-CANNI and the Estate of GEORGE CANNI, as owners and/or owners *pro hac vice* of the recreational vessel UNCANNI, 2001 Hustler, for Exoneration from or Limitation of Liability**
> **Index No.: 10-cv-00958 (LDW) (AKT)**
> **Our Client: Peter Sofia**

Dear Judge Tomlinson:

This firm represents Peter Sofia, a claimant and respondent in the above limitation of liability proceeding.

As the Court is aware, Judge Wexler, by order dated January 14th, 2011, extended discovery for an additional 60 days in the above matter.

I am writing to request the Court's intervention in completing fact depositions. We have made a number of attempts to obtain commitments from other parties regarding their availability for depositions to no avail.

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
126 STATE STREET • HACKENSACK • NEW JERSEY 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

I do not wish to be in the position of asking the Court for more time to complete discovery. Accordingly, I respectfully request that the Court schedule a telephone conference so that we can enter into a schedule for the completion of fact depositions.

Thank you.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: _____
FRANK V. FLORIANI

FVF:ds
(075317)