**UNITED STATES DISTRICT COURT**
for the Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Complaint, of the Estate of THERESA
MANIACI-CANNI and the Estate OF GEORGE CANNI           Docket No.: 10 CV 0958
as owners and/or owners *pro hac vice* of the recreational   (LDW) (AKT)
vessel UNCANNI, 2001 Hustler, for Exoneration from or
Limitation of Liability,
-----------------------------------------------------------------X

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* The Honorable A. Kathleen Tomlinson, a magistrate judge of this court, is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. Magistrate Judge Tomlinson may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to Magistrate Judge Tomlinson, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have the Honorable A. Kathleen Tomlinson, a United States magistrate judge, conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Estates of George Canni And Theresa Maniaci-Canni, Petitioners | James Mercante, Esq.(JM4231) Rubin, Fiorella & Friedman, LLP Attorneys for Petitioners Estate Of George Canni and Estate of Theresa Manaici Canni. 292 Madison Avenue New York, New York 10016 | 3/23/11 |
| Peter Sofia, Claimant | Frank V. Floriani, Esq.(FF4489) Sullivan, Papain Block McGrath & Cannavo, P.C. Attorneys for Claimant Peter Sofia 120 Broadway New York, New York 10271 | 3/27/11 3/16/11 |

| | | |
|---|---|---|
| Thomas and Laura Soluri<br>Claimants | _Cornelius A. Mahoney_<br>_Mahoney + Keane_<br>_Admiralty Counsel_<br>Joseph S. Donahue, Esq.<br>Block Toole & Murphy<br>Attorneys for Claimants Thomas<br>Soluri and Laura Soluri<br>One Penn Plaza<br>New York, New York 10119 | 3/23/11 |
| Deborah Sugemele as<br>Administratrix of the Estate of Joseph<br>Sugemele and Deborah Sugamele<br>Individually, Claimant | _Cornelius A. Mahoney_<br>_Admiralty Counsel_<br>_Mahoney + Keane_<br>Diana Carnemolla, Esq.<br>Gair Gair Conason Stegman<br>Mackauf Bloom & Rubinowitz<br>Attorneys for Claimant Deborah<br>Sugamele as Administratrix of the<br>Estate of Joseph Sugamele<br>80 Pine Street<br>New York, New York 10005 | 3/23/11 |
| Town of Hempstead, Third-<br>Party Defendant | Wesley C. Glass, Esq.(WG2354)<br>Berkman, Henoch, Peterson, Peddy<br>& Fenceł, P.C.<br>Attorneys for Third-Party Defendant<br>Town of Hempstead<br>100 Garden City Plaza<br>Garden City, New York 11530 | 3-23-11 |
| Town of Oyster Bay, Third-<br>Party Defendant | John T. Pieret, Esq.<br>Burns, Russo, Tamigi & Reardon, LLP<br>Attorneys for Third-Party Defendant<br>Town of Oyster Bay<br>350 Old Country Road<br>Garden City, New York 11530 | 3/23/11 |
| County of Nassau, Third-Party<br>Defendant | James Scott, Esq. (JS5818)<br>John Ciampoli, Esq.<br>Nassau County Attorney<br>Attorney of Third-Party Defendant<br>County of Nassau<br>One West Street<br>Mineola, New York 11530 | 3-23-11 |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 3/31/11

_____
*District Judge's signature*

Hon. Leonard D. Wexler, USDJ
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.