# SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| | | | |
|---|---|---|---|
| Robert G. Sullivan | David J. Dean | Matthew J. Jones | Wendell Y. Tong |
| Nicholas Papain | Hugh M. Turk | Deanne M. Caputo | Terrence L. Tarver |
| Michael N. Block | Albert B. Aquila | Beth N. Jablon | Michael J. Wells |
| Christopher T. McGrath | Brian J. Shoot | Liza A. Milgrim | Clifford S. Argintar |
| Vito A. Cannavo | Andrew J. Carboy | Susan M. Jaffe | Thomas J. McManus |
| John F. Nash | Mary Anne Walling | Donte O. Mills | Michael W. Lever |
| Frank V. Floriani | Eric K. Schwarz | Christopher P. Spina | Lauren M. Pennisi |
| Marie Ng | Elizabeth Montesano | Jeffrey B. Bromfeld | Laura M. Schaefer |
| Eleni Coffinas | | | |

PLEASE REPLY TO:

New York City Office

John M. Tomsky
George J. Pfluger
*Counsel to the Firm*

Hon. Joseph N. Giamboi (ret.)
Stephen C. Glasser
*Of Counsel*

Author's e-mail address:
FFloriani@TrialLaw1.com
Direct Telephone Line:
(212) 266-4126
Private Fax Line:
(212) 266-4156

May 6, 2011

**Via ECF**
Chambers,
Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

> **Re:**   **Estate of THERESA MANIACI-CANNI and the Estate of GEORGE CANNI, as owners and/or owners pro hac vice of the recreational vessel, UNCANNI, 2001 Hustler, for Exoneration from or Limitation of Liability**
> **Index No.: 10-cv-00958 (LDW) (AKT)**
> **Our client: Peter Sofia**

Dear Judge Tomlinson:

We represent Peter Sofia, a claimant in the above Limitation of Liability action.  This action arises out of a boating accident which occurred on October 4th, 2009 in the Great South Bay in which three (3) people died and others were severely injured including Mr. Sofia.

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501
TELEPHONE: (516) 742-0707 • FACSIMILE (516) 742-7350
SPBMC-LI@TrialLaw1.com

•

NEW JERSEY OFFICE
126 STATE STREET • HACKENSACK • NEW JERSEY 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

By order dated March 31st, 2011 Judge Wexler endorsed a stipulation signed by all parties agreeing to a transfer of this matter to this Court for all purposes.

My purpose in writing is to request a conference with the Court regarding scheduling the completion of discovery. The parties have conducted substantial discovery in this matter including depositions of claimants, defendants and non-party witnesses, as well as having exchanged extensive paper discovery. Plaintiff Peter Sofia has also been examined by a physician designated by the Town of Hempstead. There have also been three (3) inspections of the vessel including its GPS system.

At the last inspection of the vessel on March 24th, 2011 our expert was unable to retrieve information from the vessel's GPS system; however, after doing further research it was determined by him that there maybe a method for doing so. This data may include information that relates to the vessel's speed and direction. The parties have agreed to conduct this inspection on May 10th, 2011.

There are also additional witnesses to he be deposed. Although we conducted the depositions of a responding police officer over two days there is also another officer who played a significant role in the investigation of the accident. It may also be necessary to depose the officer(s) who took the photographs of the accident scene. Also, with regard to the location of buoys, there are two (2) other witnesses from the Town of Hempstead which we would like to depose. The parties are working on scheduling these dates as well.

Accordingly, the parties would like to schedule a conference with the court to address the completion of discovery. The Court's order of February 2nd, 2011 provides for a May 11th cut off date for all discovery. The parties would like to extend that date so that we can conduct the remaining depositions and attempt the retrieval of the data from the GPS system.

This is a second request to extend discovery. We believe that such an extension will allow all parties to complete discovery.

Thank you.

Respectfully submitted

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By:_____
FRANK V. FLORIANI

FVF:ds
(075317)