| | | |
|---|---|---|
| Edward A. Keane*<br>Cornelius A. Mahoney+<br>Garth S. Wolfson*<br><br>Of Counsel<br>Stephen J. Murray+<br><br>*Also admitted in NJ<br>+Also admitted in CT | **MAHONEY & KEANE, LLP**<br>*Attorneys at Law*<br>*76 Beaver Street - 10th Floor*<br>*New York, New York 10005*<br>*Telephone (212) 385-1422*<br>*Facsimile (212) 385-1605*<br>*lawoffices@mahoneykeane.com*<br>May 27, 2011 | Connecticut Office<br><br>14 Pilgrim Lane<br>Weston, CT 06883<br>Tel: (203) 222-1019<br>Fax: (203)222-0252 |

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

RE:  In the Matter of the Complaint of Estate of
     Theresa Maniaci-Canni et al.
     CV-10-958 (AKT)
     Our file: 12/4007

*Motion GRANTED*
*DE 52 deemed withdrawn*
**SO ORDERED**
A. Kathleen Tomlinson
United States Magistrate Judge
Date: June 2, 2011
Central Islip, N.Y.

## LETTER MOTION

Dear Judge Tomlinson:

Our office represents the Sugamele and the Solori parties in this matter. We submitted a Letter Motion for your consideration yesterday which seeks a lifting of the stay against all new lawsuits seeking damages arising from the casualty which gives rise to this Limitation Proceeding. We are withdrawing the Motion.

Mr. Frank Floriani who represents Peter Sofia informed us last evening that NYCPLR Section 204 stays the running of any Statute of Limitations where the commencement has been enjoined by Statute, Court Order or for any other legally recognized reason. Our concerns about the running of the Statute of Limitations before this matter is concluded are, therefore, without basis.

If you require any other information in connection with withdrawal of the Motion, please let us know.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: _____
    Cornelius A. Mahoney

CAM/av