BEFORE: GARY R. BROWN                                    DATE: 3/1/2012

UNITED STATES MAGISTRATE JUDGE                TIME: 11:00 AM
                                                                                          (3½ Hours)
DOCKET NO.  10-cv-958                                    ASSIGNED JUDGE:    Tomlinson

CASE NAME:  In the Matter of the Complaint of Estate of Theresa Maniaca-Canni and the Estate of George Canni, as owners of the recreational vessel Uncanni, 2001 Hustler, for exoneration from limitation of liability

CIVIL CONFERENCE

Initial ____   Status ____   Settlement __X__   Pretrial ____   Other ____

APPEARANCES:        Steven Pinks for Executrix of Estate of Canni

                                          James Mercante for Estate of Canni

                                          Frank Floriani for Pete Sofia

                                          Christopher Holbrook for Soluri defendants

                                          Cornelius Mahoney for Soluris and Sugamele

                                          Howard Hershenhorn for Estate of Sugamele

                                          Wesley Glass for Town of Hempstead

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X   Other: A settlement has been proposed. The parties are to contact the Court by 3/15/2012 if the parties are amenable to the settlement or if they require another conference.

                                                                          SO ORDERED
                                                                    /s/Gary R. Brown
                                                                    GARY R. BROWN

                United States Magistrate Judge