| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 4/24/2012<br>TIME:  3:00 PM |

CASE:  **CV 10-958 (AKT)** In the Matter of the Complaint of Estate of Theresa Maniaci-Canni and the Estate of George Canni, et al.

TYPE OF CONFERENCE: Settlement Conference

APPEARANCES:   Richard Gonzlez
Leroy Corsa
Christopher Holbrook
Frank Floriani
Cornelius Mahoney
Wesley Glass

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse.

  ☐ Clients or persons with full settlement authority must attend in person.

  ☐ Prior to the conference, each party shall fax a brief, 1-2 page *ex parte* settlement position statement to chambers at (631) 712-5705.  These statements must specify the terms on which the party is willing to settle the case, whether those terms are negotiable, and an explanation of that position.  As these statements will be treated as confidential and will not be docketed, they should include a realistic statement of the party's settlement position.

☐ Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Settlement negotiations held; a settlement cannot be reached at this time.  The case is respectfully referred back to Magistrate Judge A. Kathleen Tomlinson.

SO ORDERED

 /s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge