# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4632
E-MAIL: Rgonzalez@rubinfiorella.com

June 4, 2012

**Via ECF**

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4448

Re:  **Estate of THERESA MANIACI-CANNI and the Estate of GEORGE CANNI, as owners and/or owners *pro hac vice* of the recreational vessel UNCANNI, 2001 Hustler, for Exoneration from or Limitation of Liability**
Venue:     United States District Court, Eastern District of New York
Index No.: 10-cv-00958 (AKT)
Our File No.: 704-13782

Dear Judge Tomlinson:

We are the maritime attorneys representing the Estate of Mr. George Canni and Mrs. Teresa Maniaci-Canni, the operator and owner's of the recreational vessel UNCANNI, in the above-captioned marine casualty.

We are pleased to advise the Court that the claims against the Estate have been settled. According, we respectfully request a court conference in which all parties may appear and place the settlement on the record.

Very respectfully,

James E. Mercante

JEM/RG/df

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
June 4, 2012
Page 2 of 2

**Copy: Regular Mail:**

    Honorable Gary R. Brown
    United States Magistrate Judge
    United States District Court
    100 Federal Plaza, P.O. Box 9014
    Central Islip, NY 11722-4448

**Copy: ECF and Regular Mail:**

    Frank V. Floriani, Esq.
    Sullivan Papain Block Mcgrath & Cannavo P.C.
    120 Broadway
    New York, NY 10271

    Cornelius A. Mahoney, Esq.
    Mahoney & Keane, LLP
    11 Hanover Square, 10th Floor
    New York, NY 10005

    Wesley C. Glass, Esq.
    Berkman, Henoch, Peterson, Peddy & Fencel P.C.
    100 Garden City Plaza
    Garden City, NY 11530

RUBIN, FIORELLA & FRIEDMAN LLP