# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000 • FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| | | | | |
|---|---|---|---|---|
| Robert G. Sullivan | David J. Dean | | Matthew J. Jones | Laura M. Schaefer |
| Nicholas Papain | Hugh M. Turk | | Deanne M. Caputo | Joseph N. Armao |
| Michael N. Block | Albert B. Aquila | | Beth N. Jablon | Alison D. Metzler |
| Christopher T. McGrath | Brian J. Shoot | | Liza A. Milgrim | Sean A. McConnell |
| Vito A. Cannavo | Andrew J. Carboy | PLEASE REPLY TO: | Susan M. Jaffe | Glenn W. Nick |
| John F. Nash | Mary Anne Walling | | Wendell Y. Tong | Gabriel A. Arce-Yee |
| Frank V. Floriani | Eric K. Schwarz | New York City Office | Terrence L. Tarver | Alexis Diaz |
| Marie Ng | Elizabeth Montesano | | Clifford S. Argintar | Meigan P. Serle |
| Eleni Coffinas | | | Thomas J. McManus | Carmen T. Rodriguez |
| | | | Michael W. Lever | Anne C. Mulcahy |
| | | | Lauren M. Pennisi | |
| Hon. Joseph N. Giamboi (ret.) | John M. Tomsky | | | |
| Stephen C. Glasser | *Counsel to the Firm* | | | |
| Paul F. Oliveri | | | | |
| *Of Counsel* | | | | |

Author's E-Mail Address:
FFloriani@TrialLaw1.com
Direct Telephone Line:
(212) 266-4126
Private Fax Lines:
(212) 266-4156

August 2, 2012

<u>**Via ECF**</u>
Chambers,
Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

     Re:    Estate of THERESA MANIACI-CANNI and the Estate of GEORGE CANNI, as owners and/or owners pro hac vice of the recreational vessel, UNCANNI, 2001 Hustler, for Exoneration from or Limitation of Liability
Index No.: 10-cv-00958 (LDW) (AKT)
**Our client: Peter Sofia**

Dear Judge Tomlinson:

     We represent Peter Sofia, a claimant in the above Limitation of Liability action.

     This letter is in response to the Court's request regarding the status of the stipulation which was to be submitted to the Court in connection with the settlement of the above matter.

     The undersigned on June 27th, 2012 circulated amongst counsel a proposed stipulation.

     I am currently making changes that have been suggested.

| SUFFOLK OFFICE | NASSAU OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| 33105 Main Road, Cutchogue, New York 11935 | 1140 Franklin Avenue, Garden City, New York 11530 | 126 State Street, Hackensack, New Jersey 07601 |
| TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502 | TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350 | TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461 |
| SPBMC-LI@TrialLaw1.com | SPBMC-LI@TrialLaw1.com | SPBMC-NJ@TrialLaw1.com |

I hope to file a stipulation signed by all counsel within two (2) weeks.

                                        Respectfully submitted,

                                        SULLIVAN PAPAIN BLOCK
                                        McGRATH & CANNAVO P.C.

                                        By: _____
                                              FRANK V. FLORIANI (FF4489)

FVF:ds
(075317)