UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT,

of

Estate of THERESA MANIACI-CANNI and the Estate of
GEORGE CANNI, as owners and/or owners pro hac vice of the
recreational vessel, UNCANNI, 2001 Hustler, for Exoneration from
or Limitation of Liability,

Petitioners,

Index No. 10CIV0958

**STIPULATION OF AND
ORDER OF DISMISSAL**

------------------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the parties herein:

1.     The claims against the Estate of Theresa Maniaci-Canni and the estate of George Canni as owners and/or owners pro hac vice of the recreational vessel, UNCANNI, 2001 Hustler are settled as set forth on the record before the Court on June 19th, 2012, incorporated herein by reference.

2.     The attorneys for the estate of Joseph Sugamele, deceased, will submit the appropriate petition for leave to collect the settlement proceeds.

3.     The claims brought by Peter Sofia against the third party defendant Town of Hempstead herein are remanded to the Supreme Court of the State of New York.

4.     All motions relating to the Town of Hempstead are withdrawn without prejudice. All motions relating to the Estate of Therea Maniaci-Canni and Estate of George Canni are withdrawn with prejudice.

5.     This Court retains jurisdiction solely for the purpose of a motion to be brought by claimant Peter Sofia for an order that claimants Thomas Soluri, Laura Soluri, Deborah Sugamele and the estate of Joseph Sugamele share in his expert related expenses.

1

6.    The parties are given sixty (60) days from the date of filing this stipulation to consummate the settlement at which time the action is dismissed, including all claims, cross-claims and counter-claims with prejudice.

DATED: New York, New York
          August 3, 2012


s/ Frank V. Floriani
SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.
Attorneys for Claimant PETER SOFIA
120 Broadway
New York, New York 10271
By: Frank V. Floriani, Esq.

s/ Cornelius G. Mahoney
MAHONEY & KEANE, LLP
Special Admiralty Counsel to GAIR,
GAIR, CONASON, STEIGMAN
MACKAUF, BLOOM & RUBINOWITZ
and BLOCK O'TOOLE & MURPHY
11 Hanover Square, 10th Floor
New York, New York 10005
By: Cornelius Mahoney, Esq.


s/ James Mercante
RUBIN, FIORELLA
& FRIEDMAN, LLP
Attorneys for Petitioners
ESTATE OF THERESA MANIACI-
CANNI AND THE ESTATE OF
GEORGE CANNI
292 Madison Avenue

s/ Wesley C. Glass
BERKMAN HENOCH PETERSON,
PEDDY & FENCEL P.C.
Attorneys for Third Party
Defendant, TOWN OF HEMPSTEAD
100 Garden City Plaza
Garden City, New York 11530
New York, New York 10017


s/ Howard Hershenhorn
GAIR, GAIR, CONASON, STEIGMAN,
MACKAUF, BLOOM & RUBINOWITZ
Attorneys for DEBORAH SUGAMELE
AND THE ESTATE OF JOSEPH J.
SUGAMELE
80 Pine Street

s/ Stephen Murphy
BLOCK O'TOOLE & MURPHY
Attorneys for THOMAS SOLURI AND
LAURA SOLURI
1 Penn Plaza, Suite 5315
New York, New York 10119
New York, New York 10005


So Ordered:


_____
U.S.M.J.


2