UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In the Matter of

COMPLAINT OF ESTATE OF THERESA MANIACI-CANNI and the ESTATE OF GEORGE CANNI, as owners and/or owners pro hac vice of the recreational vessel UNCANNI, 2001 Hustler, for Exoneration from or Limitation of Liability
------------------------------------------------------------------X

AFFIDAVIT IN OPPOSITION TO PETER SOFIA'S MOTION FOR APPORTIONMENT OF EXPERT EXPENSES

Docket No.:
10 CV 0958

State of New York    )
                     ss:
County of New York   )

      S. Joseph Donahue and Stephen J. Murphy, being duly sworn, deposed and say:

    1.    We are attorneys licensed to practice law in the State of New York and are partners at the law firm of Block, O'Toole & Murphy, LLP, attorneys for Tom Soluri and Laura Soluri (hereinafter referred to collectively as "SOLURI"), and as such we are fully familiar with the facts and circumstances of the within action. We submit this affidavit in opposition to the motion for apportionment of expert expenses, submitted by Peter Sofia (hereinafter referred to as "SOFIA").

    2.    Attached to this affidavit are Exhibits referenced in SOLURI'S Memorandum of Law In Opposition to SOFIA'S Motion seeking an Apportionment of Expert Expenses.

    3.    For the reasons set forth in the accompanying Memorandum of Law and annexed Exhibits, SOFIA'S motion must be denied in all respects.

    4.    We make this affidavit based on personal knowledge and a review of the file maintained by our office in regards to this matter.

    5.    Annexed as **Exhibit "A"** is an Affidavit of Cornelius Mahoney, Esq., maritime counsel to Block O'Toole & Murphy, LLP in this matter.

    6.    Annexed as **Exhibit "B"** are invoices and case disbursements from

SOLURI'S Experts, Marjorie Cooke and John Afrides.

7. Annexed as **Exhibit "C"** is an invoice and case disbursements paid to the law firm of Sullivan, Papain, Block, McGrath & Cannavo, P.C.

8. Annexed hereto as **Exhibit "D"** is a letter from SOFIA'S counsel Frank Floriani, Esq., of Sullivan, Papain, Block, McGrath & Cannavo, P.C., dated March 26, 2010.

9. Annexed hereto as **Exhibit "E"** is SOFIA'S Statement of Undisputed Facts in Support of SOFIA'S Motion for Summary Judgment.

We declare under penalty of perjury that the foregoing is true and correct. Executed on this 7TH day of August 2012

_____
S. Joseph Donahue (SJD 7706)

_____
Stephen J. Murphy (SJM 9384)